UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>MANAGING PERSONNEL SERVICES, INC. ET AL.,<br>Defendants. | Case No. EDCV 26-01568-KK-DTBx<br><br>JUDGMENT |

Pursuant to the Order Granting in Part plaintiff Zurich American Insurance Company ("Plaintiff's") Motion for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Plaintiff against defendant Managing Personnel Services, Inc. ("Defendant").

Pursuant to this Judgment, Defendant is ORDERED to pay Plaintiff damages in the amount of $1,250,837.78.

Dated: July 20, 2026

HONORABLE KENLY KIYA KATO
United States District Judge