UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff,

v.

MANAGING PERSONNEL SERVICES, INC. ET AL.,

Defendants.

Case No. EDCV 26-01568-KK-DTBx

AMENDED JUDGMENT

Pursuant to the Order Granting plaintiff Zurich American Insurance Company ("Plaintiff's") Motion to Amend Judgment, IT IS HEREBY ADJUDGED that an Amended Judgment is entered in favor of Plaintiff against defendants Managing Personnel Services, Inc. and Employee Force Provider, Inc. ("Defendants"), jointly and severally.

Pursuant to this Amended Judgment, Defendants are ORDERED to pay Plaintiff damages in the amount of $1,250,837.78.

Dated: September 4, 2026

HONORABLE KENLY KIYA KATO
United States District Judge